CLERK U.S. DISTRICT COURT
ENTERED
SEP 26 2002
SEP
DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT
SEP 2 5 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY T. ROPER, etc., et al.,<br><br>          Plaintiff(s),<br><br>-vs-<br><br>CORRECTIONAL SYSTEMS,<br>INC., etc., et al.<br>          Defendant(s), | CV 01-6581-DT<br><br>**ORDER DISMISSING**<br><br>**CIVIL ACTION** |

THE COURT having been advised by plaintiff's counsel that the above-entitled action hasbeen settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: September 26, 2002

DICKRAN TEVRIZIAN
_____
**DICKRAN TEVRIZIAN**
**UNITED STATES DISTRICT JUDGE**

111